# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 16, 2026

## NO. 03-24-00116-CV

**AutoLotto, Inc., Appellant**

**v.**

**Paychex, Inc., Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND KELLY**
**REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY**

This is an appeal from Final Summary Judgment signed by the trial court on January 18, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's final summary judgment and remands the case to the trial court with instructions to render an order compelling the parties to arbitrate the arbitrability of their dispute. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.